| | |
|---|---|
| DONALD WARNER,<br><br>    Plaintiff,<br><br>    v.<br><br>OREGON & S.W. WASH PAINTERS PENSION PLAN; STATE OF CALIFORNIA,<br><br>    Defendant. | Case No. 1:17-cv-767 DAD-BAM<br><br>**REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>**TWENTY DAY DEADLINE** |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Plaintiff Donald Warner, appearing pro se, filed this action challenging his Medicaid and pension benefits on June 5, 2017. Plaintiff did not pay the filing fee in this action and instead filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, Plaintiff's application was not adequately completed. Plaintiff's application does not reflect all the amount of income which is being received by his household. For that reason, the Court is unable to determine if he is able to proceed in this action without prepayment of fees.

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Accordingly, IT IS HEREBY ORDERED THAT:

1. The Clerk of the Court is directed to forward an in forma pauperis application (Long Form) to Plaintiff;

2. Within twenty (20) days of the date of this order, Plaintiff shall either (1) pay the $400.00 filing fee for this action, or (2) file an application to proceed in forma

1

pauperis without prepayment of the fee; and

3. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated: **June 9, 2017**        /s/ *Barbara A. McAuliffe*
                               UNITED STATES MAGISTRATE JUDGE